Emily Burkhardt Vicente (SBN 263990)
ebvicente@Hunton.com
Michael A. Pearlson (SBN 263990)
mpearlson@Hunton.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213-532-2000
Facsimile: 213-532-2020

*Attorneys for Defendant*
TFORCE FREIGHT, INC.

[*Additional counsel cont'd below*]



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL DELGADO, individually, and on behalf of other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>TFORCE FREIGHT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10411-EMC<br>[Removed from Alameda County Superior Court, Case No. 25CV151115]<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONSOLIDATE CASES**<br><br>Complaint Filed: October 24, 2025 |
| ALDIE D. HENRY, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TFORCE FREIGHT, INC.; and DOES 1-50, inclusive,<br><br>DEFENDANTS. | Case No. 3:26-cv-00656-EMC<br>[Removed from Alameda County Superior Court, Case No. 25CV155365]<br><br>Complaint Filed: November 18, 2025 |

Karen I. Gold (State Bar No. 258360)
kgold@blackstonepc.com
Marissa M. Mayhood (State Bar No. 334376)
mmayhood@blackstonepc.com
Noam Y. Reiffman (State Bar No. 299446)
nreiffman@blackstonepc.com
Sara Pezeshkpour (State Bar No. 260240)
spezeshkpour@blackstonepc.com
BLACKSTONE LAW, APC
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278 /Facsimile: (855) 786-6356

*Attorneys for Plaintiff*
GABRIEL DELGADO

JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
Lauren Falk, Esq. (#316893)
Ava Issary, Esq. (#342252)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com
Email: Lauren@jameshawkinsaplc.com
Email: Ava@jameshawkinsaplc.com

*Attorneys for Plaintiff*
ALDIE D. HENRY

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071

Plaintiff Gabriel Delgado ("Plaintiff Delgado") in *Gabriel Delgado v. TForce Freight, Inc.*, Case No. 3:25-cv-10411-EMC (Removed from Alameda County Superior Court, Case No. 25CV151115) (the "*Delgado* Action") and Plaintiff Aldie D. Henry ("Plaintiff Henry") in *Aldie D. Henry v. TForce Freight, Inc.*, Case No. 3:26-cv-00656-EMC (Removed from Alameda County Superior Court, Case No. 25CV155365) (the "*Henry* Action") and TForce Freight, Inc. ("TForce"), Defendant in both the aforementioned actions, by and through their respective counsel of record, hereby stipulate to the following:

**RECITALS**

WHEREAS, on October 24, 2025, Plaintiff Delgado, a California resident and former mechanic who worked for TForce, filed a Complaint in the Superior Court of the State of California for the County of Alameda ("Alameda Superior Court") alleging the following causes of action on behalf of himself and all other current and former non-exempt employees of TForce within the four years preceding the filing of his complaint: (i) Failure to Pay Minimum Wages, (ii) Failure to Pay Overtime, (iii) Failure to Provide Meal Periods, (iv) Failure to Provide Rest Periods, (v) Failure to Pay Timely Wages During Employment, (vi) Failure to Provide Accurate Itemized Wage Statements, (vii) Failure to Pay Timely Final Wages, (viii) Failure to Reimburse Business Expenses, and (ix) Violation of California Business and Professions Code § 17200, *et seq*. On December 4, 2025, TForce removed the *Delgado* Action to the United States District Court for the Northern District of California.

WHEREAS, on November 18, 2025, Plaintiff Henry, a former driver who worked for TForce, filed a lawsuit in Alameda Superior Court alleging the following causes of action on behalf of himself and all other current and former non-exempt employees of TForce within the four years preceding the filing of his complaint: (i) Failure to Pay Wages Including Overtime, (ii) Failure to Provide

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071

Meal Periods, (iii) Failure to Provide Rest Periods, (iv) Failure to Timely Pay Wages During Employment, (v) Failure to Provide Accurate Itemized Wage Statements, (vi) Failure to Reimburse Business Expenses, (vii) Failure to Pay Vested Vacation Pay at Separation, (viii) Failure to Pay Reporting Time Pay, and (ix) Violation of California Business and Professions Code § 17200, *et seq*. On January 21, 2026, TForce removed the *Henry* Action to the United States District Court for the Northern District of California.

WHEREAS, the parties agree that consolidation under Federal Rule of Civil Procedure 42 is appropriate as the *Delgado* and *Henry* Actions may involve common questions of law and fact, each names TForce as a defendant, and the putative classes substantially overlap.

WHEREAS, consolidation of the cases will not delay the progress of these matters as both cases are only at the beginning stages of discovery, depositions have yet to be taken, Plaintiffs have not filed a motion for class certification, and mediation has not yet gone forward and is scheduled for November 19, 2026.

WHEREAS, consolidation of the *Delgado* and *Henry* Actions into one case for all purposes would conserve the time and resources of the Court and the parties.

## STIPULATION

NOW, THEREFORE, the parties stipulate, agree, and jointly request that:

1. The *Delgado* and *Henry* Actions be consolidated for all purposes, including but not limited to discovery, depositions, class certification, dispositive motions, pre-trial documents and motion practice, and trial. The parties specifically agree that the cases shall be treated as one action going forward.

2. The Court appoints Blackstone Law, APC and James Hawkins APLC as joint co-counsel for the Plaintiffs in the combined action. Joint co-counsel will work together in good faith to reach unified positions in this litigation and Defendant shall satisfy its obligation to meet and confer as to any issues where a

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071

meet and confer is required, including concerning discovery issues, by speaking with either co-counsel. In the event there is a dispute between joint co-counsel, they shall timely raise the issue with the court for a determination. A representative from both firms shall be involved in any settlement discussions and any settlement agreement shall require the signature of a representative from both firms.

3. Plaintiffs will file a Consolidated Complaint by September 25, 2026, which shall be limited to the claims previously asserted, but shall provide additional factual detail from that set forth in the *Delgado* Action, and which shall not seek to extend the statute of limitations beyond the limitations period currently applicable to the claims asserted in each case. Notwithstanding the foregoing, the parties stipulate and agree that Plaintiffs may add Ben M. Solario III as a third named Plaintiff in the consolidated complaint. By such stipulation, TForce specifically reserves all rights and defenses and makes no admission that Solario is a proper Plaintiff with standing to assert such claims.

4. TForce shall file a response to the Consolidated Complaint within forty-five days of the filing of the Consolidated Complaint.

5. The Court has not yet issued a scheduling order in either the *Delgado* or *Henry* Actions, and the parties request that the Court temporarily forgo issuing a scheduling order or other deadlines in the newly consolidated action until the November 19, 2026 mediation is complete. If Plaintiffs' claims are not resolved at mediation, the parties propose filing a Rule 26 report with proposed deadlines for the progress of the action by no later than December 17, 2026 (roughly 28 days after mediation) and that the Court schedule a Case Management Conference on a date thereafter, if necessary.

6. The parties will be bound by the limits set forth in the Federal Rules of Civil Procedure concerning discovery. Plaintiffs will work in good faith to avoid duplicative discovery, including written discovery and depositions.

7. Plaintiffs agree that Defendant need not respond to the same discovery request(s) if propounded by both counsel.

8. The parties also agree to depose each witness a single time absent a showing of good cause. Co-Plaintiff's counsel shall agree to one Plaintiff's firm attorney primarily responsible for questioning each witness. However, at the end of each deposition, one attorney from the other Plaintiff's firm shall have the opportunity to ask any questions not already covered during the deposition. In no event shall the deposition last longer than seven hours pursuant to Fed.R.Civ.P. 30, absent agreement of the parties or a showing of good cause.

9. Plaintiffs, collectively, will file one motion for class certification (excluding amended motions for class certification pursuant to a court order), unless permission for a successive motion is sought and granted by the Court. Defendant agrees not to oppose a reasonable request for additional or expanded page limits, should Plaintiffs deem such a request necessary, provided Defendant is afforded the same number of pages for its opposition. Nothing herein prevents Plaintiffs from seeking leave of Court to bifurcate or file separate motions for class certification should facts be discovered warranting separate motions.

10. The *Delgado* Action shall be designated as the lead case and all future filings shall be made in the *Delgado* Action only.

11. The parties further agree that, in light of a prior class action settlement that released the asserted claims through October 7, 2023, (*see Andrew D. Tappin, et al. v. TForce Freight, Inc.*, Sacramento Superior Court, Case No. 34-2022-00314820-CU-OE-GDS), any and all claims released shall not be included in the Consolidation Action, i.e. claims asserted on or before October 8, 2023.

12. WHEREFORE, the parties hereby stipulate and agree that the Delgado Action and the Henry Action be consolidated as set forth herein.

//

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071

DATED September 17, 2026. **HUNTON ANDREWS KURTH LLP**

By: *<u>/s/ Emily Burkhardt Vicente</u>*
Emily Burkhardt Vicente
Michael A. Pearlson

*Attorneys for Defendant, TForce Freight, Inc.*

DATED September 17, 2026. **BLACKSTONE LAW, APC**

By: *<u>/s/ Noam Y. Reiffman</u>*
Karen I. Gold
Marissa M. Mayhood
Noam Y. Reiffman
Sara Pezeshkpour

*Attorneys for Plaintiff Gabriel Delgado*

DATED September 17, 2026. **JAMES HAWKINS APLC**

By: *<u>/s/ Lauren Falk</u>*
James R. Hawkins
Gregory Mauro
Michael Calvo
Lauren Falk
Ava Issary

*Attorneys for Plaintiff Aldie D. Henry*

**PURSUANT TO STIPULATION, IT IS SO ORDERED <u>AS MODIFIED BELOW</u>.**

1. **The Court incorporates the fee/cost guidelines that it has used in other cases. *See, e.g.*, *In re Meta AI Glasses Litig.*, No. C-26-1897**

**EMC (Docket No. 95); *In re 23andMe, Inc. Customer Data Security Breach Litig.*, No. 24-md-3098 EMC (Docket No. 72).**

2. **To the extent Plaintiffs' counsel have agreed that one attorney from each firm shall always be present at each deposition, that may be inconsistent with the Court's fee/cost guidelines. Any later fee request must account for the Court's guidelines.**

Dated: September 17, 2026



Hon. Edward M. Chen
United States District Court Judge

**<u>Attestation</u>**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized the filing.

DATED: September 17, 2026

By: */s/ Emily Burkhardt Vicente*
Emily Burkhardt Vicente

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071